## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| FRONT RANGE PIPE & SUPPLY, INC., | ) | 04-17042-SBB |
| TIN: 84-1133596 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JEFFREY A. WEINMAN, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 07-01299-SBB |
| VIRGIL BAKER, d/b/a Cloud City, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER AND REQUEST FOR ENTRY OF FINAL ORDER AND JUDGMENT BY DISTRICT COURT

THIS MATTER comes before the Court *sua sponte*. The Court, having reviewed the file and being advised in the premises,

DOES FIND that on August 15, 2007, this Court entered its Proposed Findings of Fact and Conclusions of Law Regarding Plaintiff's Motion for Default Judgment. In accordance with D.C.Colo.L.Civ.R. 84.1.D:

> When a bankruptcy judge hears a proceeding under 28 U.S.C. § 157(c)(1) that is not a "core proceeding" as defined by 28 U.S.C. § 157(b)(2), the bankruptcy judge shall submit the proposed findings of fact and conclusions of law to the district judge assigned pursuant to D.C.COLO.LCivR 40.1. Copies of those recommendations shall be mailed by the bankruptcy judge to all parties, who shall have ten days after the date of mailing of the recommendations (or such further time not to exceed 30 days as the bankruptcy judge may order) to file written objections. Objections lacking specificity as to factual findings or legal conclusions the objecting party claims to have been erroneously made and objections not timely filed may be summarily overruled. *If no objection is filed, or if the parties consent in writing, the recommendations of the bankruptcy judge may be accepted by the*

*district judge*, and appropriate orders may be entered without further notice. Procedure for determining objections shall be as set forth in 28 U.S.C. § 157(c)(1).

(emphasis added).

Pursuant to Fed.R.Bankr.P. 9033(d):

The district judge shall make a de novo review upon the record or, after additional evidence, of any portion of the bankruptcy judge's findings of fact or conclusions of law to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the proposed findings of fact or conclusions of law, receive further evidence, or recommit the matter to the bankruptcy judge with instruction.

Further, under 28 U.S.C. § 157(c)(1):

A bankruptcy judge may hear a proceeding that is not a core proceeding but that is otherwise related to a case under title 11. **In such proceeding, the bankruptcy judge *shall* submit proposed findings of fact and conclusions of law to the district court, and any final order or judgment *shall* be entered by the district judge after considering the bankruptcy judge's proposed findings and conclusions and after reviewing de novo those matter to which any party has timely and specifically objected.**

(emphasis added).

By way of this Court's Proposed Findings of Fact and Conclusions of Law Regarding Plaintiff's Motion for Default Judgment in Non-core Proceeding, this Court entered its proposed findings of fact and conclusions of law as mandated by D.C.Colo.L.Civ.R. 84.1.D, Fed.R.Bankr.P. 9033(d) and 28 U.S.C. § 157(c)(1). Moreover, parties were given 15 days to object to the written findings of fact anc conclusions of law entered by this Court. To date, no objections have been filed with this Court and it appears appropriate that a final Order may enter.

Therefore, in accordance with D.C.Colo.L.Civ.R. 84.1.D, Fed.R.Bankr.P. 9033(d) and 28 U.S.C. § 157(c)(1), this Court requests that the District Court enter an appropriate final Order and Judgment in this matter. A courtesy copy of a proposed Order and Judgment are attached to this Order.

IT IS THEREFORE ORDERED the Court requests that the United States District Court for the District of Colorado review this Court's Proposed Findings of Fact and Conclusions of

Law Regarding Plaintiff's Motion for Default Judgment in Non-core Proceeding and enter a final Order and Judgment herein.

Dated this 5th day of August, 2007.

BY THE COURT:

*[signature]*

Sidney B. Brooks,
United States Bankruptcy Judge